**01–1525. Dzina v. Dzina.**
Cuyahoga App. No. 79945. On motion for immediate stay of court of appeals' judgment. Motion denied.

**01–1526. Dzina v. Dzina.**
Cuyahoga App. No. 79968. On motion for immediate stay of court of appeals' judgment. Motion denied.

**01–1528. Dzina v. Dzina.**
Cuyahoga App. No. 79969. On motion to consolidate case with 01–1525 and 01–1526, *supra.* Motion denied.

**01–1530. State v. Knapp.**
Wayne App. No. 00CA0073. On motion for stay of court of appeals' judgment. Motion denied.
MOYER, C.J., DOUGLAS and COOK, JJ., dissent.

**01–1540. State v. Smith.**
Lorain App. No. 96CA006331. On motion for appointment of counsel. Motion denied.
COOK, J., dissents.

**01–1548. In re Epperly–Wilson Children.**
Stark App. No. 2001CA00098. On motion for stay of court of appeals' judgment. Motion denied.

**01–1557. Nationsbanc Mtge. Corp. v. Kaplan.**
Cuyahoga App. No. 79682. On motion for stay of foreclosure proceedings. Motion denied.
RESNICK, J., dissents.

**01–1571. State ex rel. Smith v. Enlow.**
Portage App. No. 2000–P–0131. On motion for stay of court of appeals' judgment. Motion denied.

**01–1577. State v. Mosley.**
Scioto App. No. 00CA2739. On motion for stay of execution of judgment and motion for appeal bond. Motions denied.

## DISCRETIONARY APPEALS ALLOWED

**01–165. Miller v. Gunckle.**
Butler App. No. CA2000–02–026.
MOYER, C.J., and DOUGLAS, J., dissent.

**01–609. In re Bicknell.**
Butler App. Nos. CA2000–07–140 and CA2000–07–141.
F.E. SWEENEY, J., dissents.

**01–947. Miller v. Ruhlin Constr., Inc.**
Summit App. No. 20149.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**01–968. Gerig v. Kahn.**
Lucas App. No. L–00–1135.
LUNDBERG STRATTON, J., dissents.
RESNICK, J., not participating.

**01–1002. Kucherak v. Tri City Family Medicine.**
Lorain App. No. 00CA007687.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**01–1030. Winston v. Illinois Natl. Ins. Co.**
Hamilton App. Nos. C–000251 and C–000265.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.